CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska  99501
(907)  274-5100  Fax (907) 274-5111

Attorneys for Defendant USAA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

SAMUEL W. OETINGER,

        Plaintiff,

    v.

USAA CASUALTY INSURANCE COMPANY,

        Defendant.

Case No. _____

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, USAA Casualty Insurance Company, the party in the above matter, gives notice that Case No. 3SW-17-00033 CI, as captioned above, is hereby removed to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Seward, where said case was originally filed and is currently pending.  USAA Casualty Insurance Company state:

1. Removing party, USAA Casualty Insurance Company, is the defendant in the above-captioned action;

2. On April 20, 2017, the above-entitled action was commenced against USAA Casualty Insurance Company in the Superior Court for the State of Alaska, Third Judicial District at Seward and is presently pending in that court;[1]

3. USAA Casualty Insurance Company was served with a summons and complaint on April 24, 2017;

4. This Notice is filed within thirty (30) days of the date of the original service on defendant;

5. The above-entitled action involves citizens of different states, in that, at the time of the commencement of this action, Plaintiff was a citizen of the State of Alaska and resided in Alaska. USAA Casualty Insurance Company is, and was at all times pertinent to this action, a Texas corporation. Thus, complete diversity exists between Plaintiff and Defendant;[2]

6. The amount in controversy, exclusive of interest and costs, is alleged to be in excess of $100,000, as more fully appears in the Complaint, a copy of which is attached to this Notice and made by reference a part hereof;

---

[1] The listed Defendant is incorrectly named as USAA Casualty Insurance Company ("USAA CIC") The correct entity is USAA General Indemnity Company ("USAA GIC") which is the insurer under policy number 027388603G71016.

[2] USAA GIC is also a Texas corporation and therefore complete diversity still exists regardless of the name of the Defendant listed.

NOTICE OF REMOVAL
OETINGER V. USAA

Page 2 of 4

/JT

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100  FAX (907) 274-5111

7. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332 and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

8. A copy of all process, pleadings, and orders served upon defendant USAA Casualty Insurance Company is filed herewith in the Notice of Filing Pleadings.

DATED this 22nd of May, 2017 at Anchorage, Alaska.

FARLEY & GRAVES, P. C.

By: s/Cheryl L. Graves
CHERYL L. GRAVES
807 G Street, Suite 250
Anchorage, AK 99501
Ph. (907) 274-5100
Fax (907) 274-5111
E-Mail: cgraves@farleygraves.com
Alaska Bar No.: 9711062
Attorneys for Defendant USAA

NOTICE OF REMOVAL
OETINGER V. USAA
Page 3 of 4
/JT

32068 se 170217
Case 3:17-cv-00120-SLG Document 1 Filed 05/25/17 Page 3 of 4

**CERTIFICATE OF SERVICE**

    Pursuant to Civil Rule 5, I hereby certify that on this  22nd  day of  May , 2017 a true and correct copy of the foregoing was served electronically on the following person(s):

    Bruce F. Stanford
    Law Offices of Bruce F. Stanford, LLC
    PO Box 873
    Seward, AK 99664


By:  s/Cheryl L. Graves

NOTICE OF REMOVAL
OETINGER V. USAA
Page 4 of 4
/JT

32068 se170217

Case 3:17-cv-00120-SLG   Document 1   Filed 05/25/17   Page 4 of 4

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100   FAX (907) 274-5111